District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER LYNN BARROWS,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SCHOFER, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-00598-RSM<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>August 23, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through September 23, 2024. Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel Defendants to complete processing of Plaintiff's husband's immigrant visa application. The case is currently stayed through August 23, 2024. Dkt. No. 6, Order. The parties submit that good cause exists to continue to hold this case in abeyance.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION
[Case No. 2:24-cv-00598-RSM] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

As previously explained, the U.S. Embassy in Islamabad, Pakistan, returned Plaintiff's Form I-130, Petition for Alien Relative, to U.S. Citizenship and Immigration Services ("USCIS") with a recommendation that the petition be revoked. USCIS is currently processing the returned petition. Once USCIS completes processing, the parties will be able to determine next steps for this litigation.

Accordingly, the parties respectfully request that the instant action be stayed until September 23, 2024. The parties will submit a joint status report on or before September 23, 2024.

DATED this 23rd day of August, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | GOLDSTEIN IMMIGRATION LAWYERS |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Joshua L. Goldstein*<br>JOSHUA L. GOLDSTEIN, WSBA #61773<br>611 Wilshire Boulevard, Ste. 317<br>Los Angeles, California 90017<br>Phone: (213) 425-1979<br>Email:  jg@jgoldlaw.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

**I certify that this memorandum contains 249 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION
[Case No. 2:24-cv-00598-RSM] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**ORDER**

The case is held in abeyance until September 23, 2024.  The parties shall submit a joint status report on or before September 23, 2024.  It is so **ORDERED**.

DATED this 23rd day of August, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION
[Case No. 2:24-cv-00598-RSM] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800