District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER LYNN BARROWS,<br><br>                Plaintiff,<br><br>    v.<br><br>ANDREW SCHOFER, *et al.*,<br><br>                Defendants. | Case No. 2:24-cv-00598-RSM<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>September 23, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings through November 22, 2024. Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel Defendants to complete processing of Plaintiff's husband's immigrant visa application. This case is currently stayed at the request of the parties. Dkt. No. 8. For good cause, the parties request that the Court hold this case in abeyance through November 22, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION
[Case No. 2:24-cv-00598-RSM] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

As described previously, the U.S. Embassy in Islamabad, Pakistan, returned Plaintiff's Form I-130, Petition for Alien Relative, to U.S. Citizenship and Immigration Services ("USCIS") with a recommendation that the petition be revoked. Today, USCIS completed its review and reaffirmed its approval of the Form I-130. The reaffirmation has been sent to the Department of State's National Visa Center. Due to the recency of this action, the parties need time to confer and to determine next steps for this litigation.

Accordingly, the parties respectfully request that the instant action be stayed until November 22, 2024. The parties will submit a joint status report on or before November 22, 2024.

DATED this 23rd day of September, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | GOLDSTEIN IMMIGRATION LAWYERS |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:   (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Joshua L. Goldstein*<br>JOSHUA L. GOLDSTEIN, WSBA #61773<br>611 Wilshire Boulevard, Ste. 317<br>Los Angeles, California 90017<br>Phone: (213) 425-1979<br>Email:  jg@jgoldlaw.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

**I certify that this memorandum contains 275 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION
[Case No. 2:24-cv-00598-RSM] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until November 22, 2024.  The parties shall submit a joint status report on or before November 22, 2024.  It is so **ORDERED**.

DATED this 24th day of September, 2024.

                                                                            RICARDO S. MARTINEZ
                                                                            UNITED STATES DISTRICT JUDGE

STIPULATED MOTION
[Case No. 2:24-cv-00598-RSM] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800