District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER LYNN BARROWS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SCHOFER, *et al.*,<br><br>Defendants. | No. 2:24-cv-598-RSM<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration on:<br>December 19, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through January 22, 2025. Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel Defendants to complete processing of Plaintiff's husband's immigrant visa application. This case is currently stayed at the request of the parties. Dkt. No. 12. For good cause, the parties request that the Court hold this case in abeyance through January 22, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

STIPULATED MOTION  - 1
2:24-cv-598-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. Since the last filing, the consular section at the U.S. Embassy in Islamabad, Pakistan, asked Plaintiff's husband to submit additional information, including a new medical examination. Plaintiff's husband attended the medical examination last week. Once the consular section receives the medical examination, it will assess the possibility of reopening and readjudicating the visa application. At this time, the visa remains refused pursuant to 8 U.S.C. § 1201(g). Additional time is needed for the consular section to receive the requested information and conduct this assessment.

Accordingly, the parties respectfully request that the instant action be stayed until January 22, 2025. The parties will submit a joint status report on or before January 22, 2025.

Dated: December 19, 2024

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 311 words, in compliance with the Local Civil Rules.***

s/Joshua L. Goldstein
JOSHUA L. GOLDSTEIN, WSBA# 61773
Goldstein Immigration Lawyers
611 Wilshire Boulevard, Ste. 317
Los Angeles, California 90017
Phone: 213-425-1979
Email: jg@jgoldlaw.com
*Attorneys for Plaintiff*

STIPULATED MOTION - 2
2:24-cv-598-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The case is held in abeyance until January 22, 2025. The parties shall submit a joint status report on or before January 22, 2025. It is so **ORDERED**.

DATED this 20th day of December, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION   - 3
2:24-cv-598-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970